## (May 27, 1940.)

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of ABRAHAM APPEL, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report, with his opinion.— Present Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of CHARLES F. MANZELLA, an Attorney and Counselor at Law, Respondent.— During the pendency of disciplinary proceedings respondent presented his resignation as an attorney and counselor at law. The resignation is accepted and respondent's name is ordered to be struck from the roll of attorneys. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM F. McGUINNESS, an Attorney and Counselor at Law, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent, upon his plea of guilty, was convicted at an Extraordinary Special and Trial Term and at an Additional Extraordinary Special and Trial Term of the Supreme Court, Kings county, of the crimes of bribery and taking unlawful fees. The crimes being felonies, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of WALTER A. SWETT, an Attorney, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent was convicted in the County Court of Dutchess County of the crime of misappropriation by a public officer. The crime being a felony, his disbarment necessarily follows. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.